■ KUNJUNJAMMA KURIAKOSE, Respondent, v SIMPSON GRAY, Appellant. [754 NYS2d 908] —In an action to enforce a confession of judgment, the defendant appeals from an order of the Supreme Court, Westchester County (Bellantoni, J.), entered May 6, 2002, which denied his motion for a preliminary injunction.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the defendant's motion for a preliminary injunction (*see Credit Agricole Indosuez v Rossiyskiy Kredit Bank,* 94 NY2d 541; *Campbell v Ernest,* 19 NYS 123; *see also Grupo Mexicano de Desarrollo S.A. v Alliance Bond Fund,* 527 US 308).

The defendant's remaining contentions are without merit. Florio, J.P., Friedmann, Cozier and Mastro, JJ., concur.